|  |  |
|---|---|
| The Honorable: | PAMELA S. HOLLIS |
| Chapter 7 |  |
| Location: | Room 644 |
| Hearing Date: | 07/08/2010 |
| Hearing Time: | 10:30am |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | PATTERSON, NELSON | § | Case No. 09-03730 |
|---|---|---|---|
|  | PATTERSON, LYNETTE MARIE | § |  |
| Debtor(s) |  | § |  |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>KAREN R. GOODMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 07/08/2010 in Courtroom 644, United States Courthouse Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/04/2010    By:    /s/KAREN R. GOODMAN
                                   Trustee

Karen R. Goodman
Shefsky & Froelich Ltd.
111East Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
(312) 527-4000

**UST Form 101-7-NFR (9/1/2009)**

| | |
|---|---|
| KAREN R. GOODMAN | The Honorable: PAMELA S. HOLLIS |
| SHEFSKY & FROELICH, LTD | Chapter 7 |
| 111 East Wacker Drive | Location: Room 644 |
| SUITE 2800 | Hearing Date: 07/08/2010 |
| CHICAGO, IL 60601 | Hearing Time: 10:30am |
| (312) 527-4000 | Response Date: / / |
| Chapter 7 Trustee | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: PATTERSON, NELSON § Case No. 09-03730
      PATTERSON, LYNETTE MARIE §
                               §
Debtor(s) SMART, LYNETTE       §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*            $   77,718.52

*and approved disbursements of*                 $   50,869.30

*leaving a balance on hand of* [1]              $   26,849.22

Claims of secured creditors will be paid as follows:

*Claimant*                                                    *Proposed Payment*
                           N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

*Reason/Applicant*              *Fees*              *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Trustee* | KAREN R. GOODMAN | $ 6,385.85 | $ |
| *Attorney for trustee* | SHEFSKY & FROELICH, LTD | $ 3,218.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor* | | $ | $ |
| *Attorney for* | | $ | $ |
| *Accountant for* | | $ | $ |
| *Appraiser for* | | $ | $ |
| *Other* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (9/1/2009)**

Timely claims of general (unsecured) creditors totaling $ 109,025.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.8 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Capital Recovery II LLC | $ 6,910.50 | $ 1,092.99 |
| 2 | Capital Recovery II LLC | $ 3,896.50 | $ 616.28 |
| 3 | Capital Recovery II LLC(As Assignee of FIA CARD | $ 17,032.08 | $ 2,693.83 |
| 4 | PYOD LLC its successors and assigns as assignee of | $ 2,205.65 | $ 348.85 |
| 5 | PYOD LLC its successors and assigns as assignee of | $ 33,660.22 | $ 5,323.78 |
| 6 | Chase Bank USA, N.A. | $ 6,929.32 | $ 1,095.96 |
| 7 | Chase Bank USA, N.A. | $ 881.03 | $ 139.35 |
| 8 | Chase Bank USA,N.A | $ 479.09 | $ 75.77 |
| 9 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 17,549.00 | $ 2,775.59 |
| 10 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 10,121.04 | $ 1,600.77 |
| 11 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 1,927.97 | $ 304.93 |
| 12 | Chase Bank USA NA | $ 6,429.98 | $ 1,016.98 |
| 13 | GE Money Bank dba JCPENNEY CREDIT SERVICES | $ 1,003.36 | $ 158.69 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number     Claimant                                         Allowed Amt. of Claim     Proposed Payment*
                                N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number     Claimant                                         Allowed Amt. of Claim     Proposed Payment*
                                N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/KAREN R. GOODMAN
                          Trustee

KAREN R. GOODMAN
111 East Wacker Drive
SUITE 2800
CHICAGO, IL  60601
(312) 527-4000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: pgordon              Page 1 of 2                   Date Rcvd: Jun 07, 2010
Case: 09-03730                 Form ID: pdf006            Total Noticed: 49

The following entities were noticed by first class mail on Jun 09, 2010.
db/jdb        +Nelson Patterson,   Lynette Marie Patterson,   254 Brookhaven Dr,
                Elk Grove Village, IL 60007-4004
aty           +Harman and Fedick Ltd,   222 N LaSalle St,   Suite 430,   Chicago, IL 60601-1012
aty           +Isaiah A Fishman,   Geraci Law LLC,   55 E Monroe St,   Suite 3400,   Chicago, IL 60603-5920
aty           +Mario M Arreola,   Law Offices Of Peter Francis Geraci,   55 East Monroe St Suite #3400,
                Chicago, IL 60603-5920
aty           +Shefsky & Froelich Ltd,   111 E Wacker,   Suite 2800,   Chicago, IL 60601-4277
aty           +Thomas J Fedick,   Harman & Fedick, Ltd.,   222 N. LaSalle Street,   Chicago, IL 60601-1003
tr            +Karen R Goodman, ESQ,   Shefsky & Froelich Ltd,   111 East Wacker Drive,   Suite 2800,
                Chicago, IL 60601-4277
13498661      +AT&T Mobility,   Bankruptcy Department,   PO Box 6428,   Carol Stream, IL 60197-6428
13498660      +Advanced Pain Consultants,   Bankruptcy Department,   3449 Ridge Road,   Highland, IN 46322-2049
13498651      +Alexian Bro Med Center/Muzamni,   Bankruptcy Deparmtent,   800 Biesterfield Rd.,
                Elk Grove Village, IL 60007-3361
13498648      +Alexian Brothers Med Center,   Bankruptcy Deparmtent,   800 Biesterfield Rd.,
                Elk Grove Village, IL 60007-3361
13498627      +BANK OF America,   Attn: Bankruptcy Dept.,   Pob 17054,   Wilmington, DE 19884-0001
13498626      +Bank Of America,   Attn: Bankruptcy Dept.,   Po Box 1598,   Norfolk, VA 23501-1598
13498634      +CITI,   Attn: Bankruptcy Dept.,   Po Box 6241,   Sioux Falls, SD 57117-6241
13498630      +Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,   Richmond, VA 23285-5520
13498659      +Cardivascular Assoc,   Attn: Bankruptcy Dept.,   PO Box 5940,   Dept 20-1027,
                Carol Stream, IL 60197-5940
13498631      +Chase,   Attn: Bankruptcy Dept.,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
14543287       Chase Bank USA NA,   PO Box 15145,   Wilmington, DE 19850-5145
14322138       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14370852      +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
13498632      +Chase/Circuit City,   Attn: Bankruptcy Dept.,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
13498633      +Chase/Toys 'R Us,   Attn: Bankruptcy Dept.,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
13498658      +Clerk, Sixth Mun Div,   Doc# 08 M6 005634,   PO Box 10,   Markham, IL 60428-0010
13498649      +Dr. Kone Misaus & Spine,   Attn: Bankruptcy Dept.,   33 W. Higgins Rd Ste 820,
                Barrington, IL 60010-9136
13498650      +Elk Grove Lab Physician,   Bankruptcy Department,   Dept. 77-9154,   Chicago, IL 60678-0001
13498654      +Elk Grove Radiology,   Bankruptcy Department,   75 Remittance S 6500,   Chicago, IL 60675-6500
13498635      +Fashion Bug,   Attn: Bankruptcy Dept.,   1103 Allen Dr,   Milford, OH 45150-8763
13498639      +HSBC Bank/GM Card,   Attn: Bankruptcy Dept.,   Po Box 5253,   Carol Stream, IL 60197-5253
13498637      +Harris NA,   Attn: Bankruptcy Dept.,   Po Box 94034,   Palatine, IL 60094-4034
13498638      +Harris Trust & Savings,   Attn: Bankruptcy Dept.,   111 W Monroe St,   Chicago, IL 60603-4095
13498656      +Medical Center Dental Assoc.,   Attn: Bankruptcy Dept.,   901 W. Biesterfield,
                Elk Grove Village, IL 60007-3392
13498642      +Medical Payment DATA,   Attn: Bankruptcy Dept.,   C/O Northwest Collectors,
                3601 Algonquin Rd Ste 23,   Rolling Meadows, IL 60008-3126
13498640      +Medical Payment DATA,   Attn: Bankruptcy Dept.,   C/O Illinois Collection SE,
                8231 185Th St Ste 100,   Tinley Park, IL 60487-9356
13498657      +Michael R. Naughton,   Bankruptcy Department,   PO Box 10,   Manhattan, IL 60442-0010
14266751      +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
                PO Box 19008,   Greenville, SC 29602-9008
13498655      +Physicians Anesthesia Assoc,   Bankruptcy Department,   Dept 4330,   Carol Stream, IL 60122-0001
13498643      +Sears/CBSD,   Attn: Bankruptcy Dept.,   Po Box 6189,   Sioux Falls, SD 57117-6189
13498647      +Seventh Avenue,   Attn: Bankruptcy Dept.,   1112 7th Ave. Box 2804,   Monroe, WI 53566-1364
13498653      +Suburban Surgical Care,   Attn: Bankruptcy Department,   1614 W. Central #105,
                Arlington Heights, IL 60005-2452
13498645      +TCF Banking & Savings,   Attn: Bankruptcy Dept.,   801 Marquette Ave,
                Minneapolis, MN 55402-3475
13498652      +West Suburban Neurosurgical,   Bankruptcy Department,   20 E. Ogden Ave.,
                Hinsdale, IL 60521-3543

The following entities were noticed by electronic transmission on Jun 07, 2010.
14244833      +E-mail/PDF: rmscedi@recoverycorp.com Jun 08 2010 00:44:56      Capital Recovery II LLC,
                As Assignee of Sears-SEARS PREMIER CARD,   Recovery Management Systems Corp.,
                25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
14244834      +E-mail/PDF: rmscedi@recoverycorp.com Jun 08 2010 00:44:56      Capital Recovery II LLC,
                As Assignee of GE Capital - Sam's Club,   Recovery Management Systems Corp.,
                25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
14244839      +E-mail/PDF: rmscedi@recoverycorp.com Jun 08 2010 00:44:56
                Capital Recovery II LLC(As Assignee of FIA CARD,   SERVICES N.A. (Bank of America),
                Recovery Management Systems Corp.,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
14458618       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 08 2010 00:36:56
                FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
                Oklahoma City, OK  73124-8809
14615772      +E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2010 00:44:55
                GE Money Bank dba JCPENNEY CREDIT SERVICES,   Recovery Management Systems Corp.,
                For GE Money Bank,   25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
13498636      +E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2010 00:44:55      GEMB/JC Penney,
                Attn: Bankruptcy Dept.,   Po Box 984100,   El Paso, TX 79998-4100
13498641      +E-mail/PDF: cr-bankruptcy@kohls.com Jun 08 2010 00:40:25      Kohls/Chase,
                Attn: Bankruptcy Dept.,   N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
13498646      +E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2010 00:44:55      Sam's Club/Discover/GEMB,
                Bankruptcy Department,   PO Box 960013,   Orlando, FL 32896-0013
                                                                                              TOTAL: 8
```

```
District/off: 0752-1           User: pgordon              Page 2 of 2                 Date Rcvd: Jun 07, 2010
Case: 09-03730                 Form ID: pdf006            Total Noticed: 49

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty              Geraci Arreola and Hernandez LLC
aty*            +Karen R Goodman, ESQ,    Shefsky & Froelich Ltd,    111 East Wacker Drive,    Suite 2800,
                  Chicago, IL 60601-4277
13498628*       +Bank Of America,    Attn: Bankruptcy Dept.,    Pob 17054,    Wilmington, DE 19884-0001
13498629*       +Bank Of America,    Attn: Bankruptcy Dept.,    Pob 17054,    Wilmington, DE 19884-0001
13498644*       +Sears/CBSD,    Attn: Bankruptcy Dept.,    Po Box 6189,    Sioux Falls, SD 57117-6189
                                                                                              TOTALS: 1, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 09, 2010**          **Signature:** *Joseph Speetjens*