**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: PATTERSON, NELSON § Case No. 09-03730
PATTERSON, LYNETTE MARIE §
§
Debtor(s) SMART, LYNETTE §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $30,900.00 |
| Total Distribution to Claimants: $22,369.58 | Claims Discharged Without Payment: $138,316.47 |
| Total Expenses of Administration: $40,350.84 | |

3) Total gross receipts of $ 77,720.42  (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 15,000.00  (see **Exhibit 2**), yielded net receipts of $62,720.42 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $5,122.31 | $5,122.31 | $5,122.31 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 40,351.01 | 40,350.84 | 40,350.84 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 104,188.00 | 109,025.74 | 109,025.74 | 17,247.27 |
| **TOTAL DISBURSEMENTS** | $104,188.00 | $154,499.06 | $154,498.89 | $62,720.42 |

    4) This case was originally filed under Chapter 7 on February 05, 2009.
. The case was pending for 19 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/18/2010          By: /s/KAREN R. GOODMAN
                                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Claim--car accident. | 1129-000 | 77,713.01 |
| Interest Income | 1270-000 | 7.41 |
| **TOTAL GROSS RECEIPTS** | | **$77,720.42** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Nelson Patterson | Valid Claimed Exemption to Debtor pursuant to Court Order dated 12/17/2009 | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 3 — SECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Blue Cross Blue Shield of Illinois Insurance Company | 4220-000 | N/A | 2,409.30 | 2,409.30 | 2,409.30 |
| Allstate-Med Pay | 4220-000 | N/A | 2,713.01 | 2,713.01 | 2,713.01 |
| **TOTAL SECURED CLAIMS** | | $0.00 | $5,122.31 | $5,122.31 | $5,122.31 |

**EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 6,386.02 | 6,385.85 | 6,385.85 |
| SHEFSKY & FROELICH, LTD | 3110-000 | N/A | 3,218.00 | 3,218.00 | 3,218.00 |
| Harman & Fedick, Ltd. | 3210-600 | N/A | 30,000.00 | 30,000.00 | 30,000.00 |
| Harman & Fedick, Ltd. | 3220-610 | N/A | 722.44 | 722.44 | 722.44 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 24.55 | 24.55 | 24.55 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 40,351.01 | 40,350.84 | 40,350.84 |

**EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Capital Recovery II LLC | 7100-000 | N/A | 6,910.50 | 6,910.50 | 1,093.21 |
| Capital Recovery II LLC | 7100-000 | 4,200.00 | 3,896.50 | 3,896.50 | 616.41 |
| Capital Recovery II LLC(As Assignee of FIA CARD | 7100-000 | N/A | 17,032.08 | 17,032.08 | 2,694.38 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 2,205.65 | 2,205.65 | 348.92 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 33,660.22 | 33,660.22 | 5,324.86 |
| Chase Bank USA, N.A. | 7100-000 | 6,350.00 | 6,929.32 | 6,929.32 | 1,096.18 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 881.03 | 881.03 | 139.37 |
| Chase Bank USA,N.A | 7100-000 | 500.00 | 479.09 | 479.09 | 75.79 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 34,100.00 | 17,549.00 | 17,549.00 | 2,776.15 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 9,800.00 | 10,121.04 | 10,121.04 | 1,601.09 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 1,600.00 | 1,927.97 | 1,927.97 | 304.99 |
| Chase Bank USA NA | 7100-000 | N/A | 6,429.98 | 6,429.98 | 1,017.19 |
| GE Money Bank dba JCPENNEY CREDIT SERVICES | 7100-000 | 1,100.00 | 1,003.36 | 1,003.36 | 158.73 |
| 3 Alexian Brothers Med Center Bankruptcy Deparmtent | 7100-000 | 13,340.00 | N/A | N/A | 0.00 |
| 27 Sears/CBSD | 7100-000 | 1,600.00 | N/A | N/A | 0.00 |
| 14 CITI | 7100-000 | 29,198.00 | N/A | N/A | 0.00 |
| 26 Sam's Club/Discover/GEMB Bankruptcy Department | 7100-000 | 2,400.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 104,188.00 | 109,025.74 | 109,025.74 | 17,247.27 |

**UST Form 101-7-TDR (9/1/2009)**

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-03730  
**Case Name:** PATTERSON, NELSON  
PATTERSON, LYNETTE MARIE  
**Period Ending:** 08/18/10

**Trustee:** (520191)   KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 02/05/09 (f)  
**§341(a) Meeting Date:** 03/17/09  
**Claims Bar Date:** 10/27/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 60007 (Debtor's Residence) | 247,500.00 | 0.00 | | 0.00 | FA |
| 2 | Personal Injury Claim--car accident. | Unknown | 0.00 | | 77,713.01 | FA |
| 3 | Expected 2008 IRS Tax Return | 900.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 7.41 | FA |
| **4** | **Assets    Totals** (Excluding unknown values) | **$248,400.00** | **$0.00** | | **$77,720.42** | **$0.00** |

**Major Activities Affecting Case Closing:**

Awaiting receipt of settlement funds (received 1/25/10); claims review; file TFR.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2010   **Current Projected Date Of Final Report (TFR):**   June 4, 2010  (Actual)

Printed: 08/18/2010 03:36 PM    V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-03730  
**Case Name:** PATTERSON, NELSON  
PATTERSON, LYNETTE MARIE  
**Taxpayer ID #:** **-***6673  
**Period Ending:** 08/18/10  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****00-65 - Money Market Account  
**Blanket Bond:** $61,494,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/25/10 | {2} | TCS-One | Distribution re Personal Injury Case | 1129-000 | 75,000.00 | | 75,000.00 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.30 | | 75,000.30 |
| 02/03/10 | | To Account #********0066 | Transfer of Funds for Distribution in Accordance with Order Dated 12/17/09 | 9999-000 | | 50,844.75 | 24,155.55 |
| 02/04/10 | 1001 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #09-03730, Bond Premium Payment on Bank Balance as of 02/04/2010, Blanket bond ll Voided on 02/04/10 | 2300-000 | | 24.55 | 24,131.00 |
| 02/04/10 | 1001 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #09-03730, Bond Premium Payment on Bank Balance as of 02/04/2010, Blanket bond ll Voided: check issued on 02/04/10 | 2300-000 | | -24.55 | 24,155.55 |
| 02/04/10 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #09-03730, Bond #016026455 | 2300-000 | | 24.55 | 24,131.00 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.26 | | 24,132.26 |
| 03/23/10 | {2} | Allstate Insurance Co. | Refund of distribution due to subrogation claim having been paid in full | 1129-000 | 2,713.01 | | 26,845.27 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.10 | | 26,846.37 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.69 | | 26,847.06 |
| 04/20/10 | | Wire out to BNYM account 9200******0065 | Wire out to BNYM account 9200******0065 | 9999-000 | -26,847.06 | | 0.00 |

|  | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 50,869.30 | 50,869.30 | $0.00 |
| | | | Less: Bank Transfers | | -26,847.06 | 50,844.75 | |
| | | | **Subtotal** | | 77,716.36 | 24.55 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$77,716.36** | **$24.55** | |

{} Asset reference(s)

Printed: 08/18/2010 03:36 PM   V.12.52

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-03730  
**Case Name:** PATTERSON, NELSON  
PATTERSON, LYNETTE MARIE  
**Taxpayer ID #:** **-***6673  
**Period Ending:** 08/18/10

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****00-66 - Checking Account  
**Blanket Bond:** $61,494,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/03/10 | | From Account #********0065 | Transfer of Funds for Distribution in Accordance with Order Dated 12/17/09 | 9999-000 | 50,844.75 | | 50,844.75 |
| 02/03/10 | 101 | Blue Cross Blue Shield of Illinois Insurance Company | Medical lien per Court Order dated December 17, 2009 | 4220-000 | | 2,409.30 | 48,435.45 |
| 02/03/10 | 102 | Allstate-Med Pay | Medical lien per Court Order dated December 17, 2009 | 4220-000 | | 2,713.01 | 45,722.44 |
| 02/03/10 | 103 | Harman & Fedick, Ltd. | Fees to Harman & Fedick and Co-Counsel Geraci Arreola & Hernandez per Court Order dated 12/17/2009 | 3210-600 | | 30,000.00 | 15,722.44 |
| 02/03/10 | 104 | Harman & Fedick, Ltd. | Expense reimbursement to Harman & Fedick and Co-Counsel Geraci Arreola & Hernandez per Court Order dated 12/17/2009 | 3220-610 | | 722.44 | 15,000.00 |
| 02/03/10 | 105 | Nelson Patterson | Valid Claimed Exemption to Debtor pursuant to Court Order dated 12/17/2009 | 8100-002 | | 15,000.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 50,844.75 | 50,844.75 | $0.00 |
| | | | Less: Bank Transfers | | 50,844.75 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 50,844.75 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$35,844.75** | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 09-03730 | | **Trustee:** | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| **Case Name:** | PATTERSON, NELSON | | **Bank Name:** | The Bank of New York Mellon |
| | PATTERSON, LYNETTE MARIE | | **Account:** | 9200-******00-65 - Money Market Account |
| **Taxpayer ID #:** | **-***6673 | | **Blanket Bond:** | $61,494,000.00  (per case limit) |
| **Period Ending:** | 08/18/10 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0065 | Wire in from JPMorgan Chase Bank, N.A. account ********0065 | 9999-000 | 26,847.06 | | 26,847.06 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.56 | | 26,847.62 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.60 | | 26,849.22 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.54 | | 26,850.76 |
| 07/08/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.36 | | 26,851.12 |
| 07/08/10 | | To Account #9200******0066 | FUNDS TRANSFER FOR FINAL DISTRIBUTIONS | 9999-000 | | 26,851.12 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **26,851.12** | **26,851.12** | **$0.00** |
| | | | Less: Bank Transfers | | 26,847.06 | 26,851.12 | |
| | | | **Subtotal** | | **4.06** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4.06** | **$0.00** | |

Exhibit 9

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

**Case Number:** 09-03730  
**Case Name:** PATTERSON, NELSON  
PATTERSON, LYNETTE MARIE  
**Taxpayer ID #:** **-***6673  
**Period Ending:** 08/18/10

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******00-66 - Checking Account  
**Blanket Bond:** $61,494,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/08/10 |  | From Account #9200******0065 | FUNDS TRANSFER FOR FINAL DISTRIBUTIONS | 9999-000 | 26,851.12 |  | 26,851.12 |
| 07/08/10 | 10106 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED 07/08/2010 | 2100-000 |  | 6,385.85 | 20,465.27 |
| 07/08/10 | 10107 | SHEFSKY & FROELICH, LTD | TRUSTEE'S ATTORNEYS' FEES  PER COURT ORDER DATED 07/08/2010 | 3110-000 |  | 3,218.00 | 17,247.27 |
| 07/08/10 | 10108 | Capital Recovery II LLC | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 PER COURT ORDER DATED 07/08/2010 | 7100-000 |  | 1,093.21 | 16,154.06 |
| 07/08/10 | 10109 | Capital Recovery II LLC | Ref # 5466 3200 4259 9942 ; FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2 PER COURT ORDER DATED 07/08/2010 | 7100-000 |  | 616.41 | 15,537.65 |
| 07/08/10 | 10110 | Capital Recovery II LLC(As Assignee of FIA CARD | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3 PER COURT ORDER DATED 07/08/2010 | 7100-000 |  | 2,694.38 | 12,843.27 |
| 07/08/10 | 10111 | PYOD LLC its successors and assigns as assignee of | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 4 PER COURT ORDER DATED 07/08/2010 | 7100-000 |  | 348.92 | 12,494.35 |
| 07/08/10 | 10112 | PYOD LLC its successors and assigns as assignee of | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 5 PER COURT ORDER DATED 07/08/2010 | 7100-000 |  | 5,324.86 | 7,169.49 |
| 07/08/10 | 10113 | Chase Bank USA, N.A. | Ref # 5049 9410 1102 6611; FIRST AND FINAL DIVIDEND FOR CLAIM NO. 6 PER COURT ORDER DATED 07/08/2010 | 7100-000 |  | 1,096.18 | 6,073.31 |
| 07/08/10 | 10114 | Chase Bank USA, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 7 PER COURT ORDER DATED 07/08/2010 | 7100-000 |  | 139.37 | 5,933.94 |
| 07/08/10 | 10115 | Chase Bank USA,N.A | Ref # 5499 4409 1132 0039; FIRST AND FINAL DIVIDEND FOR CLAIM NO. 8 PER COURT ORDER DATED 07/08/2010 | 7100-000 |  | 75.79 | 5,858.15 |
| 07/08/10 | 10116 | FIA CARD SERVICES, NA/BANK OF AMERICA | Ref # 4313 0385 1336 8351; FIRST AND FINAL DIVIDEND FOR CLAIM NO. 9 PER COURT ORDER DATED 07/08/2010 | 7100-000 |  | 2,776.15 | 3,082.00 |
| 07/08/10 | 10117 | FIA CARD SERVICES, NA/BANK OF AMERICA | Ref # 4313 5121 0581 2273; FIRST AND FINAL DIVIDEND FOR CLAIM NO. 10 PER COURT ORDER DATED 07/08/2010 | 7100-000 |  | 1,601.09 | 1,480.91 |
| 07/08/10 | 10118 | FIA CARD SERVICES, NA/BANK OF AMERICA | Ref # 296695399; FIRST AND FINAL DIVIDEND FOR CLAIM NO. 11 PER COURT ORDER DATED 07/08/2010 | 7100-000 |  | 304.99 | 1,175.92 |

Subtotals :      $26,851.12      $25,675.20

{} Asset reference(s)

Printed: 08/18/2010 03:36 PM     V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 09-03730
**Case Name:** PATTERSON, NELSON
PATTERSON, LYNETTE MARIE
**Taxpayer ID #:** **-***6673
**Period Ending:** 08/18/10

**Trustee:** KAREN R. GOODMAN (520191)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******00-66 - Checking Account
**Blanket Bond:** $61,494,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/08/10 | 10119 | Chase Bank USA NA | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 12 PER COURT ORDER DATED 07/08/2010 | 7100-000 | | 1,017.19 | 158.73 |
| 07/08/10 | 10120 | GE Money Bank dba JCPENNEY CREDIT SERVICES | Ref # 6004 6694 0159 2808; FIRST AND FINAL DIVIDEND FOR CLAIM NO. PER COURT ORDER DATED 07/08/2010 | 7100-000 | | 158.73 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 26,851.12 | 26,851.12 | $0.00 |
| | | | Less: Bank Transfers | | 26,851.12 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 26,851.12 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$26,851.12** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****00-65** | 77,716.36 | 24.55 | 0.00 |
| **Checking # ***-*****00-66** | 0.00 | 35,844.75 | 0.00 |
| **MMA # 9200-******00-65** | 4.06 | 0.00 | 0.00 |
| **Checking # 9200-******00-66** | 0.00 | 26,851.12 | 0.00 |
| | **$77,720.42** | **$62,720.42** | **$0.00** |

{} Asset reference(s)